IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-491-WKW |
| | ) | [WO] |
| CORIZON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 6, 2017, the Magistrate Judge filed a Recommendation (Doc. # 3) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1.   The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED;

2.   Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED;

3.   This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon his initiation of this case.

A final judgment will be entered separately.

DONE this 17th day of October, 2017.

                                   /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE